IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Fred K. Collins A.I.S# 266825 )
Full name and prison number )
of plaintiff(s) )
)
v. )
)
Officer Jason Selva )
)
Henry County, Alabama )
)
Alabama Dept. of Public Safety employee )
Phillip Baker and the Alabama Dept. )
of Public Safety )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2010 DEC 16 A 10:20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 1:10cv1069-ID
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:
         Plaintiff(s) Fred Collins #266825 at P.O. Box 767, Clayton, Ala 36016, Dorm F-4-10-A
         Defendant(s) Officer Jason Selva employed as a deputy sheriff of Henry County, Ala at 101 West Court Square, Abbeville, Ala 36310

      2. Court (if federal court, name the district; if state court, name the county) Henry County, Alabama and the Commissioner's of Henry County Commission at - Henry County Courthouse, 101 Court Square Suite-J Abbeville, Ala 36310

3. Docket number _None_

4. Name of judge to whom case was assigned _None - but the Judge Assigned to my criminal trial was Judge Larry Anderson_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Jury found me not guilty of possession of a controlled substance_

6. Approximate date of filing lawsuit _November 2010_

7. Approximate date of disposition _October 20, 2010_

II. PLACE OF PRESENT CONFINEMENT _Ventress's Correctional Facility, P.O. Box 767, Clayton, Ala 36016_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Within the jurisdiction of Henry County, Ala were my Fourth and Fourteenth Amendments were violated_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                          ADDRESS

1. _Alabama State Trooper, Phillip Baker, Dothan Trooper Post, MHY, Dothan Ala, 36301_
2. _Officer Jason Selva, Deputy Henry County, 101 West Court Square, Abbeville, Ala 36310_
3. _Henry County, Alabama_
4. _Henry County Commissioner's A-2, 101 Court Square Suite-J, Abbeville, Ala 36310_
5. _Alabama Dept. of Public Safety, P.O. Box 1471, Montgomery, Ala 36102-1471_
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _May 30, 2007_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _See Attached pages!_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

*See Attached pages!*

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

Case 1:10-cv-01069-ID-TFM   Document 1   Filed 12/16/10   Page 4 of 7

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*See Attached pages!*

*Fred Collins*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on *November 30, 2010*.
(Date)

*Fred Collins*
Signature of plaintiff(s)

4

## COUNT I.

Plaintiff demands a trial by jury.

1. Plaintiff Fred Collins [hereinafter Collins presntly housed at Ventress Correctional Facility, P.O. Box 767, Clayton, Al. 36016.

2. Defendant, Phillip Baker, is presntly employed at the Alabama Department of Public Safety as a Alabama State Trooper, at the Agency, Alabama Highway Patrol, at; 231 Montgomery Highway, Dothan Post, Dothan, Al. 36301.

3. Defendant, Commissioner of the Alabama Department of Public Safety.

4. Defendant, Deputy Sheriff Jason Selva, was employed by the Henry County Commissioners Office, with the Henry County Sheriff's Department, at; 101 West Court St. Ste. G., Abbeville, Alabama 36310.

## COUNT II.

On or about the 30th day of May, 2007 defendant Phillip Baker [hereinafter Baker] stopped plaintiff Fred Collins [ Collins ] while traveling on highway 431 nad County Road 29 in Henry County, Al. on the pretextual basis that Collins was speeding, no traffic citation was issued, no warning was giving to Collins by defendant Baker. Baker and Selva without reasonable suspicion or probable cause searched Collins vehicle on the false accusation that they smelled marijuana. Their physical search and K-9 search detected nothing. Collins asked defendant Baker and Jason Selva to give him a urine test, both denied him the urine test. The defendants claimed they located some cocaine residue in Collins automobile amd they charged him with possession of cocaine. Collins, plead not guilty and went to trial on the 19th day of October,2010, and was found not guilty. Durning the course of trial defendant Baker did not and could not introduce into evidence a copy of any warning or traffic citation, to substaniate that he had reasonable suspicion or probable cause

to stop Collins. Collins Fourth, Fourteenth Amendments Rights were violated by the defendants. Collins was illegally arrested, imprisoned, and subject

to the expense of hiring an Attorney, other expense and loss of companionship from wife and family.

## RELIEF

1. Collins demands compensatory damages in the amount **15 million dollars.**

2. Collins demands punitive damages in the amount **15 million dollars.**

3. Collins demands cost of court and all expenses occured for the violation and false imprisonment.

4. Collins demands a total judgment in the amount of **30 million dollars.**

Respectfully Submitted,

*Fred Collins*

Fred Collins # 266825
PO BOX 767
Clayton, Al. 36016

Fred K Collins #266825 / F4-10-A
P.O. Box 767
Clayton, Al 36016



Montgomery PADC
WED 15 DEC 2010 PM

Middle District Court of Alabama
Debra Hackett Clerk of Court
P.O. Box 711
Montgomery, Al 36101-0711