IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRED K. COLLINS, #266 825, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:10-CV-1069-ID |
| v. | ) | |
| | ) | (WO) |
| OFFICER JASON SELVA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **O R D E R**

Before the court are the recommendation of the Magistrate Judge, (Doc. #10), the supplemental recommendation of the Magistrate Judge, (Doc. #15), and the Plaintiff's objections, (Docs. #14 and #17), to those recommendations. Having conducted a *de novo* determination of those portions of the recommendations to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's objections (Docs. #14 and #17) be and the same are hereby OVERRULED;

2. The recommendations of the Magistrate Judge (Docs. #10 and #15) be and the same are hereby ADOPTED, APPROVED and AFFIRMED;

3. The Plaintiff's complaint challenging matters arising from his May 2007 vehicle stop, arrest, and imprisonment be and the same are hereby DISMISSED pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i)

      because the complaint was not filed within the time prescribed by the applicable period of limitations; and

4.     This case be and the same is hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 25th day of April, 2011.

                              /s/ Ira DeMent  
                              SENIOR UNITED STATES DISTRICT JUDGE